IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Keven Hutson,

Plaintiff,

v.

ME Capital LLC, et al.,

Defendants.

No. CV16-1921 PHX DGC

**ORDER**

Plaintiff Keven Hutson has filed a motion for reconsideration. Doc. 16.

**IT IS ORDERED** that Defendants shall file a response to the motion for reconsideration on or before **December 9, 2016**. No replies will be permitted.

Dated this 30th day of November, 2016.

David G. Campbell
United States District Judge